# United States District Court
## Violation Notice

20 - 03896

(Rev. 1/2019)

| Location Code | Violation Number | Officer Name (Print) | Officer No. |
|---|---|---|---|
| CS-2 | 9267878 | Mitchell | 4614 |

### YOU ARE CHARGED WITH THE FOLLOWING VIOLATION

| Date and Time of Offense | Offense Charged ☐ CFR ☒ USC ☐ State Code |
|---|---|
| 12/17/2020 / 1730 | 18 USC 113 |

Place of Offense

610 PUSAN Dr. Oceanside CA 92058

Offense Description: Factual Basis for Charge          HAZMAT ☐

18 USC 113 - Simple Assault

### DEFENDANT INFORMATION

Last Name: Rodriguez      First Name: Imari      M.I. S.

Street Address: ████████

Tag No.          State      Year    Make/Model      PASS ☐    Color

### APPEARANCE IS REQUIRED
A ☒ If Box A is checked, you must appear in court. See instructions.

### APPEARANCE IS OPTIONAL
B ☐ If Box B is checked, you must pay the total collateral due or in lieu of payment appear in court. See instructions.

$ _____ Forfeiture Amount

+ $30 Processing Fee

PAY THIS AMOUNT AT
www.cvb.uscourts.gov →   $ _____ Total Collateral Due

### YOUR COURT DATE
(If no court appearance date is shown, you will be notified of your appearance date by mail.)

Court Address: 221 West Broadway San Diego CA 92101

Date _____   Time _____

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt. I promise to appear for the hearing at the time and place instructed or in lieu of appearance pay the total collateral due.

X Defendant Signature

Original - CVB Copy

CCN 03896      *9267878*      Enc 1

---

STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on December 17th 2020 while exercising my duties as a law enforcement officer in the Southern District of California

I charged Rodriguez, Imari for 18 USC 113 because after investigation I came to the conclusion that Rodriguez Punched Farnsworth, Holly In the face and left Farnsworth with Marks on her neck. During the alteration Farnsworth cut her foot in several locations during the scuffle from broken glass of a lamp. Rodriguez did not hit Farnsworth out of self defense but out of anger of the situation.

SEE ATTACHMENT

The foregoing statement is based upon:

☐ my personal observation        ☑ my personal investigation

☐ information supplied to me from my fellow officer's observation

☐ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: 12/17/2020     [signature]
              Date (mm/dd/yyyy)     Officer's Signature

Probable cause has been stated for the issuance of a warrant.

Executed on: _____     _____
              Date (mm/dd/yyyy)     U.S. Magistrate Judge

HAZMAT = Hazardous material involved in incident; PASS = 9 or more passenger vehicle; CDL = Commercial drivers license; CMV = Commercial vehicle involved in incident

20 - 03896